1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   IN RE THE APPLICATION OF JOSE ANTONIO )
    GARCIA MEZA,                          )      CASE NO. 15-CV-885-RSL
                                          )
10          Petitioner,                   )
                                          )
11      v.                                )      **STIPULATED MOTION AND**
                                          )      **ORDER VACATING ORDER TO**
                                          )      **RETURN CHILDREN TO**
12  MARIA ALEJANDRA AGRELLA DIAZ,         )      **VENEZUELA**
                                          )
13          Respondent.                   )
                                          )
14                                        )      NOTED FOR: JULY 6, 2017
                                          )

15                    **I.      STIPULATION**

16

17          IT IS HEREBY STIPULATED by Petitioner and Respondent, through their respective

18  counsel of record, that their children, V.G.A. and J.A.G.A., shall remain in the United States

19  indefinitely.  Accordingly, the parties stipulate that the portion of the Court's Memorandum of

20  Decision dated September 2, 2015, which orders the return of V.G.A. and J.A.G.A. to Venezuela

21  subject to various undertakings, shall be vacated.  *See* ECF No. 54, at 7.

22      //

23      //

24

25      //

26

27

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1        DATED this 6th day of July, 2017.

2

3   STOEL RIVES LLP                   KARR TUTTLE CAMPBELL

4   By: */s/ Vanessa Soriano Power*       By: /s/ *Stephanie R. Lakinski*
  Vanessa Soriano Power, WSBA #30777   Dino J. Vazquez, WSBA #25533

5   600 University St, Suite 3600        Stephanie R. Lakinski, WSBA #46391
  Seattle, WA 98101              Email:  dvasquez@karrtuttle.com

6   Telephone: 206-386-7553         Email:  slakinski@karrtuttle.com
  Facsimile: 206-386-7500          701 Fifth Avenue, Suite 3300

7   Email:  vanessa.power@stoel.com     Seattle, WA 98104
  *Attorneys for Respondent*           Telephone:  (206) 223-1313

8                              Fax:  (206) 682-7100
                             *Attorneys for Petitioner*

9

10

11

12                 **II.**     **PROPOSED ORDER**

13       THIS MATTER having come on pursuant to the above Stipulation of the parties, and it

14 appearing to the Court that Petitioner and Respondent have stipulated that their children shall

15 remain in the United States indefinitely; now, therefore, it is hereby, ORDERED that the portion

16 of the Court's Memorandum of Decision dated September 2, 2015, which orders the return of

17 V.G.A. and J.A.G.A. to Venezuela subject to various undertakings, shall be vacated.  *See* ECF

18 No. 54, at 7.

19       Dated this 7th day of July, 2017.

20

21                         *Robert S. Lasnik*

                        Robert S. Lasnik

22                         United States District Court Judge

23

24

25

26

27

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100